UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| IN RE OPTEUM, INC.         ) <br> SECURITIES LITIGATION    ) <br>                            ) <br>                            ) <br>                            ) <br>                            ) <br>                            ) <br>                            ) | CIVIL ACTION NO. 07-14278- CIV-GRAHAM |

**DEFENDANTS' AMENDED ANSWER (AMENDED PAGE 3)
AND AFFIRMATIVE DEFENSES TO THE CONFORMING
<u>CONSOLIDATED AMENDED CLASS ACTION COMPLAINT</u>**

Defendants Bimini Capital Management, Inc., formerly known as Opteum, Inc., ("Opteum" or the "Company"), Peter E. Norden, and Jeffrey J. Zimmer, ("Defendants") submit their Answer and Affirmative Defenses to the Conforming Consolidated Amended Class Action Complaint ("CAC").

**ANSWER**

1. Defendants admit this is a purported claim for violations of federal securities laws, but deny that Lead Plaintiff and additional Plaintiff (collectively, "Plaintiffs") have stated a cognizable claim or may bring this action as a class action.

2. Defendants deny that Plaintiffs may bring this action as a class action.

3. Defendants admit that Plaintiffs purport to bring its claims pursuant to Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder.

4. Defendants deny that the Court has jurisdiction under 28 U.S.C. § 1337, but admit the remaining allegations of paragraph 4.

5. Admitted.

reference to admit or deny the allegations in the second sentence of paragraph 11. Defendants admit that Mr. Zimmer's compensation for 2005 and 2006 is set forth in the Company's publicly-filed 2006 and 2007 Schedules 14A, which speak for themselves, but deny the remaining allegations in the third sentence of paragraph 11.

12. Defendants admit that on September 29, 2005, Bimini issued a Form 8-K announcing that it had entered into an agreement and plan of merger ("Merger Agreement") with OFS, that on November 3, 2005, Bimini issued a Form 8-K announcing that Bimini Acquisition LLC had completed the previously announced merger with OFC pursuant to the Merger Agreement, and that OFS became a wholly-owned taxable REIT subsidiary of Bimini. Defendants deny the remaining allegations of paragraph 12 and any characterization of the Company's public filings.

13. Defendants do not have sufficient information to admit or deny whether several confidential witnesses made the allegations attributed to them in the second, third, fourth and fifth sentences of paragraph 13. Defendants deny the remaining allegations of paragraph 13.

14. Defendants admit that Bimini changed its name to Opteum, effective February 10, 2006, that Defendant Zimmer held a conference call on September 30, 2005 (the "September 30 Conference Call") to discuss the Merger Agreement, and that the quote in paragraph 14 is substantially accurate. Defendants deny the remaining allegations of paragraph 14.

15. Defendants admit that the quotes in paragraph 15 are substantially accurate, without Plaintiffs' added emphasis, but deny any characterization of the quotes, which speak for themselves.

16. Denied.

17. Denied.

18. Denied.

October 26, 2009                         Respectfully submitted,

                                                HOLLAND & KNIGHT LLP
*Attorneys for Defendants*
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Tel. (305) 374-8500
Fax (305) 789-7799

By: /s Tracy A. Nichols
    Tracy A. Nichols (FBN 454567)
    tracy.nichols@hklaw.com
    Louise McAlpin (FBN 983810)
    louise.mcalpin@hklaw.com
    Mara Geronemus (FBN 19086)
    mara.geronemus@hklaw.com

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 26, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By: <u>s/ Tracy Nichols</u>
             Tracy Nichols

**SERVICE LIST**

David A.P. Brower
BROWER PIVEN
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300
*Lead Counsel for Plaintiffs and Classes*

Joseph E. White, III
SAXENA WHITE, PA
2424 North Federal Highway, Suite 2150
Boca Raton, Florida 33431
Telephone: (561)394-3399
Facsimile: (561)394-3382
*Additional Counsel for Plaintiffs and the Classes*

Kim E. Miller (*admitted pro hac vice*)
KAHN GAUTHIER SWICK, LLC
12 E 41st Street, 12th Floor
New York, NY 10017
Telephone: (212) 696-3730

Lewis Kahn *(admitted pro hac vice)*
KAHN GAUTHIER SWICK, LLC
650 Poydras Street - Suite 2150
New Orleans, LA 70130
Telephone: (504) 455-1400
Facsimile: (504) 455-1498

# 8925154_v1