**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. PIERCE DIVISION**

Case No. 07-14278-CIV-GRAHAM/LYNCH

IN RE OPTEUM, INC.
SECURITIES LITIGATION

_____/

**AMENDED NOTICE OF HEARING**

**THIS CAUSE** currently set for a settlement hearing on Thursday, December 9, 2010 at 4:00 p.m. before the Honorable Donald L. Graham at the United States District Court, 400 North Miami Avenue, Courtroom 13-4, Miami, Florida 33128 is **hereby re-set for Thursday, December 9, 2010 at 4:00 p.m. before the Honorable Donald L. Graham at the United States District Court, 300 South Sixth Street, Fort Pierce, Florida 34950**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of November, 2010.

s/Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record